# United States Bankruptcy Court
## Northern District of Mississippi

In re: *James Howard Holloway*
*Quintina Roberts Holloway*
Debtor(s)

Case No. **17-13814**
Chapter **13**

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR (GENERIC)

**The Creditor's former mailing address was:**

Name: *Patient Account Services*

Address: *1300 Riverplace Blvd*
*Suite 300*
*Jacksonville, FL 32207*

**Please be advised that effective <u>February 27, 2018</u>,
The Creditor's new mailing address is:**

Name: *Patient Account Services*

Address: *c/o InCorp Services Inc., as agent*
*302 Enterprise Drive, Suite A*
*Oxford, MS 38655-0000*

/s/William C. Cunningham
**William C. Cunningham 7964**
Authorized Signer/Title