

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: JAMES HOWARD HOLLOWAY AND QUINTINA ROBERTS HOLLOWAY | CASE NO. 17-13814-JDW |
| | CHAPTER 13 |
| DEBTORS | |

**AGREED ORDER ON STATE FARM BANK F.S.B.'S MOTION FOR ENTRY OF AN ORDER FOR RELIEF FROM THE AUTOMATIC STAY AND FOR ABANDONMENT OF PROPERTY OF THE ESTATE [DKT. #63]**

This matter is before the Court on *State Farm Bank's Motion for Entry of An Order for Relief from the Automatic Stay and for Abandonment of Property of the Estate* (Dkt. # 63, the "Motion"), filed by State Farm Bank, F.S.B. ("State Farm"), requesting that this Court approve the entry of this Agreed Order (the "Agreed Order") under F.R.B.P. 4001(d). The Court, being advised that State Farm, the Debtors James Howard Holloway and Quintina Roberts Holloway (together, the "Debtors"), and the Chapter 13 Trustee (the "Trustee") agree to the relief set forth herein, finds that the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion shall be, and it hereby is, granted.

**IT IS FURTHER ORDERED AND ADJUDGED** that the automatic stay of 11 U.S.C. § 362 is hereby lifted, terminated, and annulled with respect to that certain 2017 Ford Explorer vehicle bearing VIN # 1FM5K7B82HGB03995 (the "Collateral"), and that the Collateral is hereby abandoned from the Estate, so as to allow State Farm to (i) repossess, foreclose, or otherwise realize upon the Collateral; and (ii) take any and all other action consistent with repossession and foreclosure of the Collateral and to maintain or liquidate the Collateral.

**IT IS FURTHER ORDERED AND ADJUDGED** that: (i) the relief set forth herein shall be applicable to any later case filed by or against the Debtors under the Bankruptcy Code or upon the conversion of this case to any other Chapter under the Bankruptcy Code; (ii) the Motion is deemed to have been sufficient to afford reasonable notice of the relief requested herein and opportunity to be heard on same; (iii) this Order shall immediately become final and effective upon entry; (iv) the fourteen (14)-day stay of execution under Fed. R. Bankr. P. 4001(a)(3) is hereby waived; and (v) this Order constitutes a final judgment as contemplated by the Federal Rules of Bankruptcy Procedure.

##END OF ORDER##

**PREPARED AND SUBMITTED BY:**

/s/ William H. Leech
William H. Leech, MSB # 1175
Sarah Beth Wilson, MSB # 103650
Christopher H. Meredith, MSB # 103656
Copeland, Cook, Taylor & Bush, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway (Zip—39157)
P.O. Box 6020
Ridgeland, MS  39158
Telephone:  (601) 856-7200
Facsimile:   (601) 856-7626
bleech@cctb.com
sbwilson@cctb.com
cmeredith@cctb.com
*Counsel for State Farm Bank, F.S.B.*

/s/William C. Cunningham
William C. Cunningham, MSB # 1625
P.O. Box 624
Columbus, Mississippi 39703
wccsinc@gmail.com
*Attorney for the Debtors*

/s/Jeffrey K. Tyree
On Behalf of Terre M. Vardaman
Terre M. Vardaman Staff2
P .O. Box 1326
Hattiesburg, Mississippi 39043
Vardaman13ecf@gmail.com
*Chapter 13 Trustee*